# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CONNIE CHARTIN

NO. 2021 KW 0645

**AUGUST 16, 2021**

---

In Re:   Connie Chartin, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 582533.

---

**BEFORE:   McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT GRANTED.** Relator's conviction of disturbing the peace was not a responsive verdict to the charge of simple battery, and it is not considered a lesser included offense. See La. Code Crim. P. arts. 814 and 815. We, therefore, modify relator's conviction of disturbing the peace to the lesser included offense of simple assault, vacate the sentence, and remand for resentencing. See La. Code Crim. P. art. 821(E); see also **State v. Nazar**, 96-0175 (La. App. 4th Cir. 5/22/96), 675 So.2d 780.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT